IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 23-cr-375 (CRC) |
| | : |
| ELLIOT WILLIAMS, | : 18 U.S.C. § 1752(a)(2) |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Elliot Williams, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected

members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Williams' Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Elliot Williams (Williams), lives in Spokane, Washington. On January 5, 2021, Williams decided to fly to Washington, D.C. to attend the "Stop the Steal" rally on January 6, 2021. The purpose of the rally was to protest Congress' certification of the Electoral College. Williams purchased an airline ticket departing Washington State in the evening on January 5, and he arrived in Washington, D.C. around 10:00 a.m. on January 6, 2021.

9. Williams attended the former President's speech at the Ellipse and then walked with a large crowd towards the U.S. Capitol building. As he approached the U.S. Capitol, Williams saw police officers take crowd dispersal measures, including using pepper spray and shooting rubber

bullets into the crowd. Williams observed physical altercations and saw rioters hit and push police officers who were trying to keep rioters away from the U.S. Capitol.

10. At approximately 2:26 p.m., Williams entered the U.S. Capitol through the Senate Wing Door. As he entered, he could hear the blaring sounds of a fire alarm. Williams walked to the Crypt on the first floor. He then walked up a staircase to the second floor and entered the Rotunda at approximately 2:35 p.m. Williams walked through a corridor of private office spaces and later made his way to the Ohio Clock Corridor. While in that Corridor, Williams opened a closed cabinet against a wall to find tissues to wipe chemical irritants from his eyes. He exited the Capitol building through the Senate Carriage Door at approximately 2:50 p.m.

11. Roughly 24 minutes after exiting, Williams re-entered the U.S. Capitol by an entrance at the Rotunda. Williams remained in the Rotunda as part of a large crowd and he observed physical confrontations between rioters and police as the rioters attempted to move deeper inside the Capitol building. Williams remained inside the Rotunda until ~~he was pushed out by poli~~ exited at 3:27 p.m. After exiting, Williams walked eastbound from the Capitol. [handwritten initials: JSR, EW, MKP]

12. Later in the afternoon on January 6, 2021, Williams sent a friend text messages describing what had happened that day. At approximately 5:38 p.m., Williams texted a friend "I stormed the Capitol and got tear gases haha." At approximately 5:43 p.m. Williams texted the same friend "Just went in and chanted. Took some pictures and stuff. Also had a pushing match with the police trump supporters won that lol and got in a second time." After his friend asked why Williams entered the Capitol, Williams responded that he was "encouraging the Congress to object the results" of its certification of the Electoral College.

Page 4 of 6

*Elements of the Offense*

13. The parties agree that 18 U.S.C. §1752(a)(2) requires the following elements:

    a. The defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

    b. The defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

    c. The defendant's conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

*Defendant's Acknowledgments*

14. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that, while in the Capitol building and on the Capitol grounds, he engaged in disorderly and disruptive conduct and with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

MELANIE KREBS PILOTTI
Digitally signed by MELANIE KREBS PILOTTI
Date: 2023.12.22 10:50:09 -05'00'

By:   /s/ *Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Trial Attorney
U.S. Department of Justice- ATR
Detailed to the D.C. U.S. Attorney's Office
601 D St. N.W.
Washington, DC 20530
melanie.krebs-pilotti2@usdoj.gov
(202) 870-7457

## DEFENDANT'S ACKNOWLEDGMENT

I, Elliot Williams, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/20/2023

Elliot Williams
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/20/2023

Steve Roberts
Attorney for Defendant