**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 23-cr-375 (CRC) |
| **ELLIOTT PATRICK WILLIAMS,** | |
| Defendant. | |

<u>**ORDER**</u>

The Court's [ECF No. 30] Judgment, entered on April 18, 2024, is hereby amended to reflect that the Court shall retain jurisdiction over this case but shall transfer supervision of the Defendant to the Eastern District of Washington.

**SO ORDERED**.


Date: <u>July 23, 2024</u>

_____
CHRISTOPHER R. COOPER
United States District Judge